## RECONSIDERATION OF PRIOR DECISIONS

**2013–0816. State ex rel. Andrews v. Chardon Police Dept.**
Geauga App. No. 2012–G–3074, 2013-Ohio-338. ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ On motion for reconsideration. Motion denied. Motion to supplement the record denied as moot.

**2013–1054. State v. Johnson.**
Franklin App. No. 12AP–898, 2013-Ohio-2008. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ On motion for reconsideration. Motion denied.

**2013–1130. Strickler v. First Ohio Banc & Lending, Inc.**
Lorain App. No. 12CA010178, 2013-Ohio-1221. ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ On motions for reconsideration. Motions denied.

O'DONNELL and KENNEDY, JJ., dissent.

FRENCH, J., dissents and would grant the motions for reconsideration, accept the appeal, and remand the cause for application of *Stammco, L.L.C. v. United Tel. Co. of Ohio,* 136 Ohio St.3d 231, 2013-Ohio-3019, 994 N.E.2d 408.

**2013–1165. Bank of New York v. Rains.**
Butler App. No. CA2012–04–092, 2013-Ohio-2389. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ On motion for reconsideration. Motion denied.